UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                      :     Case no.:      _____
                                            :
                                            :     Chapter:       _____
                                            :
                                            :     Judge:         _____
          Debtor(s)                         :
_____:

AMENDED

**CERTIFICATION OF NO OBJECTION**

    I _____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ❑ Abandonment
- ❑ Public Sale
- ❑ Private Sale
- ❑ Settlement of Controversy
- ❑ Auctioneer Compensation

Description of Property (if applicable):

JEANNE A. NAUGHTON, Clerk

Date: _____          By: _____

*rev.2/10/17*